## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LEROY FRAZIER, | : | No. 75 EM 2018 |
| Petitioner | : | |
| v. | : | |
| THE COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.